IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02037-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

DAMANI MUATA NANTAMBU, Supermax Prison Activist (an individual),
        on behalf of self and all others similarly situated,

        Plaintiff,

v.

B.O.P.,
HARLEY LAPPIN,
ERIC HOLDER,
AFGE LOCAL 1302 PRESIDENT,
PRESIDENT OF AFGE, and
HAROLD WATTS,

        Defendants.

_____

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

_____

        Plaintiff, Damani Muata Nantambu, is a prisoner in the custody of the Federal

Bureau of Prisons who currently is incarcerated at the United States Penitentiary,

Administrative Maximum, in Florence, Colorado.  Mr. Nantambu initiated this action by

filing *pro se* in the United States District Court for the District of Columbia (District of

Columbia) a civil rights complaint with numerous attachments.  In an order entered on

July 13, 2012, the District of Columbia transferred the action to this court.

        As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the submitted documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims in this

court in this action. Any papers that Plaintiff files in response to this order must include

the civil action number noted above in the caption of this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    X    is not submitted
(2)    __    is missing affidavit
(3)    X    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    __    is missing certificate showing current balance in prison account
(5)    __    is missing required financial information
(6)    __    is missing an original signature by the prisoner
(7)    __    is not on proper form (must use the court's current form for filing prisoner complaints)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    __    An original and a copy have not been received by the court. Only an original has been received.
(10)    X    other: the § 1915 motion and affidavit and certified copy of Plaintiff's trust fund account statement is not necessary if the $350.00 filing fee is paid in full

**Complaint, Petition or Application**:
(11)    __    is not submitted
(12)    __    is not on proper form (must use the court's current form)
(13)    __    is missing an original signature by the prisoner
(14)    __    is missing page nos. ___
(15)    __    uses et al. instead of listing all parties in caption
(16)    __    An original and a copy have not been received by the court. Only an original has been received.
(17)    __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)    __    names in caption do not match names in text
(19)    ___    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this order**. Any papers that Plaintiff files in response to this

order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's

2

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this order** the complaint and the action will be dismissed without further notice.

DATED:  August 8, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

3