IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02037-BNB

DAMANI MUATA NANTAMBU, Supermax Prison Activist (an individual),
        on behalf of self and all others similarly situated, also known as
ANONYMOUS HUMAN RIGHTS ACTIVIST, Registration No. 24733-037,
        also known as
DAMMI MUATA NANTAMBU, also known as
D.M.N., also known as
STEVEN E. HESTER,

        Plaintiff,

v.

B.O.P.,
HARLEY LAPPIN,
ERIC HOLDER,
AFGE LOCAL 1302 PRESIDENT,
PRESIDENT OF AFGE, and
HAROLD WATTS,

        Defendants.

---

ORDER DISMISSING CASE

---

        Plaintiff, Damani Muata Nantambu, also known as Anonymous Human Rights

Activist, Dammi Muata Nantambu, D.M.N., and Steven E. Hester, is a prisoner in the

custody of the Federal Bureau of Prisons who currently is incarcerated at the United

States Penitentiary, Administrative Maximum, in Florence, Colorado.  In *Anonymous

Human Rights Activist v. P. Rangel*, No. 11-cv-00747-LTB (D. Colo. June 23, 2011)

(unpublished), the Court researched the inmate locator on the BOP website,

www.bop.gov, and conducted independent research of its own docketing records,

including Plaintiff's prisoner registration number, 24733-037, to compile Mr. Nantambu's

aliases.  *See* ECF No. 3 in No. 11-cv-00747-LTB at 2-3.  The caption of this order has

been corrected to include these aliases and Mr. Nantambu's prisoner registration

number.  "[T]he court is permitted to take judicial notice of its own files and records, as

well as facts which are a matter of public record."  *Van Woudenberg ex rel. Foor v.*

*Gibson*, 211 F.3d 560, 568 (10th Cir.2000), *abrogated on other grounds by McGregor v.*

*Gibson*, 248 F.3d 946, 955 (10th Cir. 2001).

Mr. Nantambu initiated this action by filing *pro se* in the United States District

Court for the District of Columbia (District of Columbia) a civil rights complaint (ECF No.

1) with numerous attachments.  In an order entered on July 13, 2012, the District of

Columbia transferred the action to this Court.

On August 8, 2012, Magistrate Judge Boyd N. Boland entered an order (ECF No.

4) directing Mr. Nantambu to cure certain designated deficiencies within thirty days if he

wished to pursue his claims.  On August 17, 2012, instead of curing the deficiencies,

Mr. Nantambu filed a motion to withdraw/dismiss complaint (ECF No. 6).  Therefore, the

action will be dismissed.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr.

Nantambu "may dismiss an action without a court order by filing: (i) a notice of dismissal

before the opposing party serves either an answer or a motion for summary judgment."

No response has been filed by Defendants in this action.  As a result, the Court will

construe Mr. Nantambu's August 17 motion as a notice of voluntary dismissal.  A

voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing

of a written notice of dismissal, and no subsequent court order is necessary.  *See* J.

Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v.*

2

*Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The notice closes the file.  *See Hyde Constr. Co.*, 388 F.2d at 507.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Nantambu files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the motion to withdraw/dismiss complaint (ECF No. 6) filed on August 17, 2012, by Plaintiff, Damani Muata Nantambu, is construed as a notice of voluntary dismissal.  It is

FURTHER ORDERED that the instant action is dismissed without prejudice pursuant to the notice of voluntary dismissal.  It is

FURTHER ORDERED that the voluntary dismissal is effective as of August 17, 2012, the date the notice of voluntary dismissal was filed in this action.  It is

FURTHER ORDERED that the clerk of the Court is directed to add the aliases, Anonymous Human Rights Activist, Dammi Muata Nantambu, D.M.N., and Steven E. Hester, to the docketing records for this case.  It is

FURTHER ORDERED that any pending motions are denied as moot.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is

denied.

DATED at Denver, Colorado, this __21st__ day of ___August_____, 2012.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court